IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-118-D

| | | |
|---|---|---|
| OWEN HARTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADVANCE AUTO PARTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On July 22, 2010, defendant filed a motion to stay discovery pending resolution of defendant's motion to dismiss [D.E. 17]. For good cause shown, the court GRANTS the motion [D.E. 17] and STAYS discovery pending resolution of the motion to dismiss.

SO ORDERED. This _2_ day of August 2010.

JAMES C. DEVER III
United States District Judge